# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

☒ FILED  ☐ LODGED

**Oct 30 2023**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

United States of America,
PLAINTIFF,

vs.

23-02094MJ

*WITNESS LIST*

Michael Pengchung Lee
DEFENDANT.

| PRESIDING JUDGE | | COURTROOM DEPUTY | | COURT REPORTER | |
|---|---|---|---|---|---|
| MICHAEL A. AMBRI | | | | | |
| HEARING DATE(S) | | PLAINTIFF ATTORNEY(S) | | DEFENDANT ATTORNEY(S) | |
| October 30, 2023 | | Adam D. Rossi | | Nancy Arce & Jorge Costales (FD) | |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESS | UNDER RULE |
|---|---|---|---|---|---|
| 1 | | | | FBI SA Dan Douglass | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |